◼ In the Matter of RITA A. GOLDMAN et al., Appellants, v TOWN OF AMHERST et al., Respondents, et al., Respondent. [757 NYS2d 918] —Appeal from a judgment (denominated order) of Supreme Court, Erie County (Dillon, J.), entered May 16, 2002, which dismissed the CPLR article 78 petition seeking to annul a determination of respondents Town of Amherst and Town Board of Town of Amherst to rezone certain property.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at Supreme Court, Erie County, Dillon, J. Present—Green, J.P., Hurlbutt, Scudder, Burns and Hayes, JJ.

◼ CIR ELECTRICAL CONSTRUCTION CORP., Respondent, v BLACK CREEK INTEGRATED SYSTEMS CORP. et al., Appellants. [757 NYS2d 918] —Appeal from a judgment of Supreme Court, Niagara County (Lane, J.), entered January 30, 2002, upon a decision in favor of plaintiff.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed with costs for reasons stated in decision at Supreme Court, Niagara County, Lane, J. Present—Green, J.P., Hurlbutt, Scudder, Burns and Hayes, JJ.

◼ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE HARRIS, Appellant, v JOSEPH COSTELLO, as Superintendent of Mid-State Correctional Facility, Respondent. [757 NYS2d 919] —Appeal from an order of Supreme Court, Oneida County (Siegel, J.), entered April 30, 2002, which denied the application of petitioner for poor person relief in connection with his petition for a writ of habeas corpus.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Memorandum: Supreme Court did not abuse its discretion in denying the application of petitioner for poor person relief in connection with his petition for a writ of habeas corpus. "[T]he petition 'lacked any justiciable basis upon which a writ of habeas corpus could be sustained'" (*People ex rel. Brown v Murray*, 284 AD2d 987, 988 [2001], quoting *People ex rel. Washington v La Vallee*, 34 AD2d 603, 603 [1970], *lv denied* 27 NY2d 481 [1970]; *see People ex rel. Sanchez v Hoke*, 132 AD2d 861, 862 [1987]). Present—Green, J.P., Wisner, Scudder, Kehoe and Gorski, JJ.